**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHENG-WEN CHENG,

                     Plaintiff,

-against-                                23 **CIVIL** 229 (VSB)

                                                **JUDGMENT**

MERRICK GARLAND, *sued in his official*
*capacity as Attorney General of United States*,

                     Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 8, 2023, the Government's motion to dismiss is GRANTED, and Cheng's motion to strike is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       November 9, 2023

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                **BY:**      *K. Mango*

                                                        **Deputy Clerk**